# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director

Southern District

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 03 2019

December 2, 2019

**BY ECF**

**SO ORDERED**

The Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, NY 10007

The status conference is adjourned from December 4, 2019 to December 17. 2019 at 10:00 a.m.

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

Re: **United States v. Jared Searles**
19 Cr. 381 (GBD)

Dear Judge Daniels:

I write with the consent of the Government to respectfully request the adjournment of the status conference scheduled for this case on Wednesday, December 4, 2019 for the parties to continue plea negotiations. I respectfully request the Court adjourn the conference for another week or two, to an non-Wednesday. I waive Mr. Searles's right to a speedy trial in order to negotiate a disposition with the Government.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA Ni Qian, Esq.