UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JARED SEARLES,

                        Defendant.

---------------------------------------- x

ORDER

19 Crim. 381 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from February 25, 2020 to April 1, 2020 at 10:00 am.

Dated: New York, New York
       February 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge