**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-                                ORDER

JARED SEARLES,                       19 Crim. 381-1 (GBD)

                    Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The April 1, 2020 conference is adjourned to June 3, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge