

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 24, 2020

**BY EMAIL**
The Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 2 4 2020

Re:   *United States v. Jared Searles*, 19 Cr. 381 (GBD)

Dear Judge Daniels:

The Court adjourned the status conference scheduled in this case from April 1, 2020 to June 3, 2020. In light of the current public health crisis, the Government moves to exclude time under the Speedy Trial Act until June 3, 2020. The Government believes that an exclusion of time is in the interest of justice. The defendant consents to the exclusion.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Ni Qian
Assistant United States Attorney
(212) 637-2364