UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JARED SEARLES,

                              Defendant.

------------------------------------- x

ORDER

19 Crim. 381 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 28 2020

GEORGE B. DANIELS, United States District Judge:

    The Defendant's request for an adjournment of the status conference scheduled for June 3, 2020 is GRANTED. The status conference is adjourned to July 22, 2020 at 10:00 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       May 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge