UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,  :

    -against-  :  ORDER

JARED SEARLES,  :  19 Crim. 381 (GBD)

                           Defendant.  :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendant's request for an adjournment of the status conference scheduled for July 22, 2020 is GRANTED. The status conference is adjourned to November 4, 2020 at 10:00 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
      July 6, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge