UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JARED SEARLES,

                           Defendant.

------------------------------------------------------------x

ORDER

19 Crim. 381 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The November 4, 2020 status conference is rescheduled to a change of plea hearing at 9:00 am by video conference.

Dated: New York, New York
       October 19, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge