**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                 :

        -against-                                    :         ORDER

                               :

JARED SEARLES,                                 :     19 Crim. 381 (GBD)

                    Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       The November 4, 2020 change of plea hearing is rescheduled from 9:00 am to 11:00 am.

The parties will receive additional instructions for accessing the video conference by subsequent

order.


Dated: New York, New York
       October 26, 2020

                           SO ORDERED.

                           _George B. Daniels_

                           GEORGE B. DANIELS
                           United States District Judge