**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JARED SEARLES,

                                   Defendant.

------------------------------------- x

ORDER

19 Crim. 381 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing is adjourned from March 10, 2021 to March 24, 2021 at 9:00 a.m. and will occur as a videoconference.

Dated: New York, New York
       March 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge