**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

                -against-

JARED SEARLES,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

19 Cr. 381 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motions at ECF Nos. 64 and 65.

Dated: October 6, 2022
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge