UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

JARED SEARLES,

Defendant.

------------------------------------x

ORDER

19 Crim. 381-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled on October 31, 2023 at 9:45 a.m. is adjourned to November 1, 2023 at 11:00 a.m.

Dated: October 30, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge