UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JARED SEARLES,

               Defendant.

------------------------------------x

ORDER

19 Crim. 381-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Defendant having been released from BOP custody, the Clerk of Court is ordered to close the Defendant's *pro se* motion requesting a compassionate release (ECF No. 63).

Dated: November 2, 2023
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge