UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| |
|---|
| UNITED STATES OF AMERICA |
| -v- |
| JARED SEARLES, |
| Defendant. |

No. 1:19CR00381-1(GBD)

ORDER

GEORGE B. DANIELS, U.S. District Judge:

As an additional condition of supervised release, this Court hereby ORDERS that Defendant be placed in a Residential Reentry Center ("RRC"), as determined by the Probation Department, for ninety (90) days. During this 90-day period, Defendant shall not be permitted to leave the facility except for work related to gainful employment, religious observance, or other acceptable reasons as approved by the Probation Department. Defendant shall abide by all the rules and regulations of the RRC in which he is placed, which shall include a subsistence payment to the facility based upon income earned by Defendant. Defendant's contribution toward the cost of subsistence is otherwise waived.

Dated: November 28, 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge