

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 6, 2024

**SO ORDERED**

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The conference scheduled for September 18, 2024 is adjourned to October 2, 2024 at 10:00 a.m.

*George B. Daniel* [signature]

SEP 0 9 2024

HON. GEORGE B. DANIELS

Re:    *United States v. Jared Searles*, **19 Cr. 381 (GBD)**

Dear Judge Daniels:

A violation of supervised release ("VOSR") conference is this case is currently scheduled for August 1, 2024. As the Court is aware, the alleged violations are based on state arrests. The Government understands that, on or about July 18, 2024, the defendant pled guilty in Mount Vernon to criminal possession of stolen property in the fifth degree, in violation of New York Penal Law § 165.40, and was sentenced to time served. This plea resolved pending cases in Mount Pleasant and Ardsley. In addition, on or about August 21, 2024, the defendant pled guilty to petit larceny, and was sentenced to time served. A five-year order of protection was also issued. The Government further understands that the defendant's previously scheduled September 5, 2024 court date in Yonkers was adjourned to September 18, 2024.

Accordingly, based on the parties' schedules, the parties respectfully request that the Court adjourn the VOSR conference until a date after September 30, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/ Rebecca T. Dell
Rebecca T. Dell
Ni Qian
Assistant United States Attorneys
(212) 637-2198 / -2364

cc: All Counsel (ECF)
    Probation Officer Gilmore (By Email)