

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 23, 2024

SO ORDERED

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The conference scheduled for October 30, 2024, is adjourned to November 19, 2024, at 11:00 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

Re:    *United States v. Jared Searles*, **19 Cr. 381 (GBD)**

Dear Judge Daniels:

A violation of supervised release ("VOSR") conference is this case is currently scheduled for October 30, 2024. As the Court is aware, the alleged violations are based on state arrests. The Government understands that, on or about July 18, 2024, the defendant pled guilty in Mount Vernon to criminal possession of stolen property in the fifth degree, in violation of New York Penal Law § 165.40, and was sentenced to time served. This plea resolved pending cases in Mount Pleasant and Ardsley. In addition, on or about August 21, 2024, the defendant pled guilty to petit larceny, and was sentenced to time served. A five-year order of protection was also issued. The Government further understands that the defendant's previously scheduled October 16, 2024 court date in Yonkers was adjourned to November 13, 2024.

Accordingly, the parties respectfully request that the Court adjourn the VOSR conference. The Government understands that the parties and the Probation Officer are free on November 18, 2024 in the morning, November 19, 2024 at 11:00 AM, any time on November 26, 2024, and November 27, 2024 in the morning.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/ Rebecca T. Dell
      Rebecca T. Dell
      Ni Qian
      Assistant United States Attorneys
      (212) 637-2198 / -2364

cc: All Counsel (ECF)
    Probation Officer Gilmore (By Email)