**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

                                   ORDER

JARED SEARLES,                   19 Crim. 381 (GBD)
            Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On November 18, 2024, the Government filed a request to adjourn an upcoming violation of supervised release conference (ECF No. 95.) On the same day, this Court granted the Government's request (ECF No. 96.) The Clerk of Court is directed to close the open motion at ECF No. 95.

Dated: May 14, 2025
       New York, New York

                                     SO ORDERED.

                                     *George B. Daniels*
                                     GEORGE B. DANIELS
                                     United States District Judge