UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JARED SEARLES,
                      Defendant.

ORDER

19 Crim. 381 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On April 9, 2024, the Federal Defenders filed a motion to withdraw as counsel for Defendant due to a conflict (ECF No. 83.) Thereafter, Defendant retained new counsel to represent him during his revocation of supervised release proceedings. Since Defendant retained new counsel, the Clerk of Court is directed to close the Federal Defenders' open motion to withdraw at ECF No. 83.

Dated: May 14, 2025
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge